No. 431. FANNIE D. GALBRAITH, PETITIONER, v. ILLINOIS STEEL COMPANY. March 5, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Adams A. Goodrich* for petitioner. *Mr. William Duff Haynie* for respondent.

No. 575. HONG WING, PETITIONER, v. THE UNITED STATES; No. 576. WONG DING CHONG, PETITIONER, v. THE UNITED STATES; No. 577. DANG MING, PETITIONER, v. THE UNITED STATES; No. 578. WONG WAH, PETITIONER, v. THE UNITED STATES; and No. 579. LAM LOY, PETITIONER, v. THE UNITED STATES. March 5, 1906. Petitions for writs of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Francis J. Wing* for petitioners. *The Attorney General* and *The Solicitor General* for respondent.

No. 580. T. N. BARNSDALL, PETITIONER, v. THOMAS S. WALTEMEYER. March 5, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles S. Thomas* and *Mr. W. H. Bryant* for petitioner. *Mr. T. Webster Hoyt* for respondent.

No. 598. TAYLOR KNOLL, PETITIONER, v. THE UNITED STATES. March 5, 1906. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. John C. Gittings* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

No. 600. THE ÆTNA INDEMNITY COMPANY, PETITIONER, v. CITY OF HAVERHILL. March 5, 1906. Petition for a writ of certiorari to the United States Circuit Court of Appeals for